COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
WOLFE & WYMAN LLP
11811 N. Tatum Blvd., Suite 3031
Phoenix, AZ 85028-1621
cbdodrill@wolfewyman.com
Tel: (602) 953-0100
Fax: (602) 953-0101

Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
EXECUTIVE TRUSTEE SERVICES, INC.,
and US BANK NATIONAL ASSOCIATION
as Trustee for RAMP SERIES 2006-NC1
(incorrectly named in the caption as U.S. Bank, N.A.)

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CLARENCE ADKINS, individually, <br><br> Plaintiff, <br> v. <br><br> NEW CENTURY MORTGAGE CORPORATION; FIRST AMERICAN TITLE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; EXECUTIVE TRUSTEE SERVICES, LLC, U.S. BANK, N.A.; DOE Individuals I-X; and ROE COMPANIES I-X, <br><br> Defendants. | Case No. 3:12-cv-00139-RCJ-VPC <br><br> **NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL** |

**TO ALL PARTIES AND THE COURT:** Please take Notice that the Plaintiff has filed in the Second Judicial District Court, a Motion to Dismiss Without Prejudice. A copy of Plaintiff's Motion is attached hereto as Exhibit A. This appears to be Plaintiff's attempt to voluntarily dismiss his case pursuant to the Federal Rules of Civil Procedure:

the plaintiff may dismiss an action without a court order by filing:

1054115.1

1    (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

Fed. R. Civ. P. 41(a). As no party has filed an Answer or Motion for Summary Judgment, Plaintiff's Motion voluntarily dismisses this case pursuant to Fed. R. Civ. P. 41(a).

DATED:   April 12, 2012            WOLFE & WYMAN LLP

By: /s/ *Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
11811 N. Tatum Blvd., Suite 3031
Phoenix, AZ 85028-1621

Attorneys for Defendants,
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., EXECUTIVE TRUSTEE SERVICES, LLC; US BANK NATIONAL ASSOCIATION as Trustee for RAMP SERIES 2006-NC1 (incorrectly named in the caption as U.S. Bank, N.A.)**

ORDER
IT IS SO ORDERED.

ROBERT C. JONES
United States District Judge
Dated: May 11, 2012

1054115.1

## CERTIFICATE OF SERVICE

On April 12, 2012, I served the **NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL** by the following means to the persons as listed below:

   __X__    a.     EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

    Bryan Hunt    bhlaw@live.com, bryan@hunt-lawfirm.com, catherine@hunt-lawfirm.com, courtdocs@hunt-lawfirm.com

    Catherine Blaber    catherine@hunt-lawfirm.com

    Donald A. Lattin    dlattin@mclrenolaw.com, kbernhardt@mclrenolaw.com

   _____    b.     United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By: /s/ *Katia Ioffe*
Katia Ioffe
An employee of Wolfe & Wyman LLP

1054115.1

# EXHIBIT "A"

# EXHIBIT "A"

FILED
Electronically
04-12-2012:10:11:24 AM
Joey Orduna Hastings
Clerk of the Court
Transaction # 2885084

2310
Bryan Hunt, Esq. NV Bar #11163
THE LAW OFFICES OF BRYAN HUNT, PLLC.
500 Ryland St, Ste 300
Reno, NV 89502
Bryan@hunt-lawfirm.com
Ph: 775-219-6468
Fx: 775-686-6205
Attorneys for Plaintiff(s)

IN THE SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| CLARENCE ADKINS, individually,<br><br>PLAINTIFF(S)<br><br>-vs-<br><br>NEW CENTURY MORTGAGE, INC.; FIRST AMERICAN TITLE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; U.S. BANK, N.A.; EXECUTIVE TRUSTEE SERVICES, LLC; DOE INDIVIDUALS 1 – X; and ROE COMPANIES 1 – X;<br><br>DEFENDANT(S) | CASE NO.: **CV12-00503**<br><br>DEPT NO.: **4**<br><br>MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE |

MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

COMES NOW, Plaintiff(s), **CLARENCE ADKINS** (hereinafter "Plaintiffs" or "**ADKINS**") by and through their attorney, BRYAN HUNT, of THE LAW OFFICES OF BRYAN HUNT, PLLC., and pursuant to NRCP Rule , hereby moves to dismiss, without prejudice, their Complaint and Petition for Declaratory and Injunctive Relief, in the above captioned proceeding.

///
///
///
///
///
///
///

1  **AFFIRMATION**: Pursuant to NRS 239B.030 (4), this document does not contain the social
2  security number of any person.
3  Respectfully Submitted this 12th day of APRIL, 2012.

By: */s/ Bryan Hunt*
Bryan Hunt, Esq. NV Bar #11163
THE LAW OFFICES OF BRYAN HUNT, PLLC.
500 RYLAND ST, STE 300
RENO, NV 89502
Bryan@hunt-lawfirm.com
Ph: 775-219-6468
Fx: 775-686-6205
Attorneys for Plaintiff(s)